**Order filed May 24, 2010.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-12-00198-CV
_____

**ZULEIMA OLIVARES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF PEDRO OLIVARES, JR., AND PEDRO OLIVARES, INDIVIDUALLY, Appellants**

**V.**

**BROWN & GAY ENGINEERING AND MIKE STONE ENTERPRISES, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-19417**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the Court informed this court that appellant had not made arrangements for payment for the reporter's record. On April 11, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal on or before June 25,

2012. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.


PER CURIAM